UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

KARINE KARAPETYAN,

Petitioner,

v.

WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-05796-FWS-JDE

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition") and supporting materials; the Answer to the Petition (Dkt. 6) and supporting materials; the Reply (Dkt. 7); the Report and Recommendation of the magistrate judge (Dkt. 8, "Report"); and Petitioner's Objection to the Report (Dkt. 9).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing the action with prejudice as to as to Count One and without prejudice as to Counts Two and Three in the Petition.

Dated: October 22, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE