JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

KARINE KARAPETYAN,

Petitioner,

v.

WARDEN Facility Administrator Adelanto ICE processing Center, et al.,

Respondents.

Case No. 5:26-cv-05796-FWS-JDE

JUDGMENT

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and the action is dismissed with prejudice as to Count One and without prejudice as to Counts Two and Three in the Petition.

Dated: October 22, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

Dated: ____________________

____________________
FRED W. SLAUGHTER
United States District Judge